DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII  96813
PHONE:  (808) 768-5193  * FAX:  (808) 768-5105  * INTERNET: www.honolulu.gov

RICK BLANGIARDI  
MAYOR

DANA M.O. VIOLA  
CORPORATION COUNSEL



January 24, 2022

**VIA ELECTRONIC MAIL**
Mansfield_orders@hid.uscourts.gov

Hon. Kenneth J. Mansfield
Magistrate Judge
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

  Re: Request to Continue Rule 16 Scheduling Conference
     Rule 16 Scheduling Conference date: January 31, 2022, 9:30 a.m.
     *The Estate of Dana Brown, et al. v. City and County of Honolulu, et al.*
     Civil No. 21-00474-HG-KJM

Dear Judge Mansfield,

  My apologies for this late request.  I am writing to ask Your Honor to continue the Rule 16 conference, currently scheduled for January 31, 2022 at 9:30 a.m., and all associated deadlines, until after July 5, 2022.  I have discussed this matter with Plaintiff's counsel, and we have agreed to request this continuance in the hope that this matter can be settled.

  The parties in this matter have agreed to enter mediation with Dispute Prevention and Resolution and have secured a mediation date of June 14, 2022.  If the parties are able to settle the matter at mediation on June 14, 2022, the Rule 16 scheduling conference will not be necessary. I will contact the Court to update the Court on our settlement efforts after our mediation.

Thank you for your time and consideration. Please feel free contact Page Ogata via telephone at (808) 768-5127 or email at page.ogata@honolulu.gov if you have any questions.

Very truly yours,

*/s/ Page C. K. Ogata*

Page C. K. Ogata
Deputy Corporation Counsel